RECEIVED

MAR 1 0 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| EPISCOPAL SCHOOL OF ACADIANA, INC. | * | CIVIL ACTION NO. 11-0843 |
| VERSUS | * | JUDGE DOHERTY |
| TRANS NATIONAL BUS TRUCK & COACH L.L.C. | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Set Aside Default Judgment [rec. doc. 77] and the Motion to Reopen Case [rec. doc. 78] are **DENIED**.

Lafayette, Louisiana, this 10 day of March, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE